UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:14CR91TMR |
| | : |
| Plaintiff, | : ORDER GRANTING JOINT MOTION TO |
| | : ENTER ORDER GRANTING |
| vs. | : DEFENDANT'S MOTION FOR |
| | : COMPASSIONATE RELEASE (DOC. |
| **MICHAEL JAMES HAY,** | : 19), GRANTING UNOPPOSED MOTION |
| | : FOR COMPASSIONATE RELEASE (DOC. |
| Defendant. | : 16), AND MODIFYING DEFENDANT'S |
| | : TERM OF IMPRISONMENT TO TIME |
| | : SERVED; AMENDED JUDGMENT ENTRY |

On or about December 3, 2020, defendant Michael James Hay filed a motion that the Court deemed a request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Pursuant to the Southern District of Ohio's amended General Order 20-21, the Court appointed J. Steven Justice to serve as Mr. Hay's counsel for purposes of that motion.

Consistent with the General Order, the parties met and conferred concerning Mr. Hay's request. These discussions revealed that, sentenced in 2014 to ninety-four-months of imprisonment, Mr. Hay was scheduled for release from the Bureau of Prison's ("BOP") custody on or about March 21, 2021. However, given a state detainer currently lodged against him, it appears that Mr. Hay will not be returned to the community at that time, but rather will be transferred to the custody of the state of Ohio for further proceedings in that jurisdiction. Based on these circumstances, the United States advised Mr. Hay's counsel that it does not intend to oppose his motion for

compassionate release from BOP custody. In short, the parties agree that, under the unique circumstances of this case, this Court should grant Mr. Hay's now-unopposed motion for compassionate release.

Based on the foregoing circumstances, including the agreement of the parties, the Court hereby GRANTS Mr. Hay's motion for compassionate release and reduces his custodial sentence to time served. All other aspects of the judgment that this Court entered on September 18, 2014 remain in full force.

1/7/2021
DATE

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE