**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

        **Plaintiff,**

-vs-                                      **Case No. 3:14-CR-91**

                                            **District Judge Thomas M. Rose**

MICHAEL JAMES HAY,

        **Defendant.**

### RESTITUTION ORDER AMENDING PAYEE INFORMATION

This matter is before the Court on the Judgment and Commitment Order issued on September 17, 2014 (Doc. No. 13). The Court has determined that payee information for First National Bank needs to be amended for clerical error.

Therefore, pursuant to Fed. R. Crim. P. 36 this Court would ORDER the following Payee information be amended as follows:

First Financial Bank
Attn: Corporate Fraud
225 Pictoria Drive
Cincinnati, OH 45246

It is ORDERD that the Clerk of Court establish the victim as indicated in the Court's financial system for payment of restitution.

**IT IS SO ORDERED.**

Date: September 30, 2024

                                                      THOMAS M. ROSE, JUDGE
                                                      UNITED STATES DISTRICT COURT